IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TARAS MARCHAK,

   Plaintiff,       CIV. NO. S-11-2218 GEB GGH PS

  vs.

CITIMORTGAGE, INC., et al.,

   Defendants.     ORDER

_____/

    Defendants' motion to dismiss presently is calendared for hearing on October 13, 2011.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R. 230(g).

    Accordingly, IT IS ORDERED that:

    1.  The October 13, 2011 hearing on the motion to dismiss, filed August 29, 2011, is vacated; and

    2.  The motion is submitted on the record.

DATED: October 7, 2011

         /s/ Gregory G. Hollows
         UNITED STATES MAGISTRATE JUDGE

GGH:076:Marchak2218.vac.wpd